UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| MARTHA ORTIZ, | ) | 2:11-CV-00966-PMP-CWH |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BAC HOME LOANS SERVICING, LP, *et al.,* | ) | |
| Defendants. | ) | |

This action was removed to this Court (Doc. #1) on June 13, 2011. Following a Status Report Re Removal (Doc. #7) filed July 18, 2011, it appears this action has been largely dormant.

**IT IS THEREFORE ORDERED** that the Parties to this action shall file a joint written statement regarding the status of this case not later than **January 17, 2012**.

DATED: December 22, 2011.

_____
PHILIP M. PRO
United States District Judge